Dorothy Canfield STEPHENS, Executrix of the Estate of T. D. Stephens, Deceased, Plaintiff-Appellant,

v.

REYNOLDS SECURITIES, INC., Defendant-Appellee.

No. 76–1463

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

June 7, 1976.

Edward Still, James L. Shores, Birmingham, Ala., for plaintiff-appellant.

N. Lee Cooper, George G. Lynn, Birmingham, Ala., for defendant-appellee.

Before GODBOLD, DYER and RONEY, Circuit Judges.

PER CURIAM:

The judgment below is affirmed on the basis of the district court's memorandum opinion, *Stephens v. Reynolds Securities, Inc.,* N.D.Ala.1976, 413 F.Supp. 50.